UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABOVENET COMMUNICATIONS INC. F/K/A METROMEDIA FIBER NETWORK SERVICES, INC., | Plaintiff, |
| -v- | |
| REVELATION NETWORKS INCORPORATED D/B/A REVELATION NETWORKS, | Defendant. |

Case No. 08 CV. 7424

Rule 7.1 Statement

**JUDGE KARAS**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Revelation Networks, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: August 21, 2008

Signature of Attorney

Attorney Bar Code: OG4142