*Orlee Goldfeld [OG4142]*
*BUTZEL LONG, a professional corporation*
*380 Madison Avenue, 22nd Floor*
*New York, New York 10017*
*T: (212) 818-1110*
*F: (212) 818-0494*
*goldfeld@butzel.com*
*Attorneys for Defendant Revelation Networks, Inc.*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABOVENET COMMUNICATIONS INC.
F/K/A METROMEDIA FIBER NETWORK
SERVICES, INC.,

           Plaintiff,

- against -

REVELATION NETWORKS
INCORPORATED D/B/A REVELATION
NETWORKS,

           Defendant.

---

08 Civ. 7424 (KMK)(LMS)

**STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT**

It is hereby stipulated and agreed to between the parties, Plaintiff AboveNet Communications Inc. f/k/a Metromedia Fiber Network Services, Inc. and Defendant Revelation Networks, Inc. ("Revelation"), that Revelation's time to answer or otherwise move with respect to Plaintiff's Verified Complaint is hereby extended to and including September 12, 2008.

Dated: August 27, 2008

_____
Michael C. Sferlazza, Esq. [MS0378]
PLATZER, SWERGOLD, KARLIN et al.,
1065 Avenue of the Americas
New York, New York 10018
Tel: (212) 593-3000
Fax: (212) 593-0353
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

_____
Orlee Goldfeld [OG4142]
BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
Tel: (212) 818-1110
Fax: (212) 818-0494
*Attorneys for Defendant*

Date: 9/3/08

White Plains, NY